IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORRIS PEGUES,

                Plaintiff,

v.                                                                           ORDER

KARL HOFFMANN, L. DOBBERT, and                    22-cv-352-jdp
CANDACE WARNER,

                Defendants.

---

The court granted plaintiff's motion for leave to proceed on appeal without prepaying the appellate filing fee. The court of appeals asked this court to assess an initial partial filing fee for the appeal and to notify it once that fee has been collected.

ORDER

IT IS ORDERED that:

1. Plaintiff may have until April 19, 2024, to submit a check or money order made payable to the clerk of court in the amount of $13.30 as an initial partial payment for his appeal. After that, plaintiff must pay the remainder of the $505 appellate fee in monthly installments under 28 U.S.C. § 1915(b)(2). If plaintiff does not have enough money to make the initial partial payment from his regular account, he should arrange with prison authorities to pay the remainder from his release account.

2. The clerk of court is directed to notify the court of appeals once the initial partial filing fee has been collected.

Entered April 3, 2024.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge